

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00816-CV

**IN THE INTEREST OF A.M.L.**, a Child

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-11-21526-CV
Honorable Thomas F. Lee, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED May 7, 2014.

Catherine Stone, Chief Justice